# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ESTATE OF JEFFERY K. RUSSELL, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: |
| ] | 1:15-cv-1080-VEH |
| CITY OF ANNISTON, ALABAMA, et al. ] | **OPPOSED MOTION** |
| ] | |
| Defendants. ] | |

### PLAINTIFF'S RULE 56(d) MOTION TO ALLOW TIME FOR DISCOVERY IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS JAMES CAMPBELL (DECEASED), WILLIAM WORTHAM AND RANDY GARNER

COMES NOW, the Plaintiff in the above-styled action, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, and, hereby requests that the Defendants' Motion for Summary Judgment be denied without prejudice; as the motion was filed prematurely. The parties have conducted no meaningful discovery, and the Plaintiff is therefore without a sufficient factual record to rebut the contentions of the Defendants' motion and its accompanying affidavits in support.

For the reasons of fact and law shown in the contemporaneously filed Brief in Support of Plaintiff's Rule 56(d) Motion to Allow Time for Discovery in Opposition to Motion for Summary Judgment by Defendants James Campbell (Deceased), William Wortham, and Randy Garner; as well as those reasons set forth in the Rule 56(d) Affidavit of H. Gregory Harp In Opposition to Motion for Summary Judgment,

the Plaintiff prays that the Honorable Court (1) grant this motion; and (2) deny, without prejudice the Motion for Summary Judgment filed by James Campbell, William Wortham and Randy Garner.

Respectfully submitted,

*/s/ H. Gregory Harp*
H. Gregory Harp (asb-0904-t75h)
GREGORY HARP, LLC
459 Main Street Ste. 101-266
Trussville, Alabama 35173
(205) 544-3132 (Phone)
gh@gregoryharplaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, January 2, 2018,I have served a copy of the foregoing on the following counsel of record via the CM/ECF filing system:

H. Edgar Howard, Esquire
FORD, HOWARD & CORNETT, P.C.
Post Office Box 388
Gadsden, Alabama 35902
256-546-5432
256-546-5435 Fax
ed@fordhowardcornett.com

*s/ H. Gregory Harp*